**Opinion issued October 15, 2013.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

### NO. 01-10-00477-CV

————————————

**ANNETTE DOUGLAS, Appellant**

**V.**

**ANTHONY J. DOUGLAS, Appellee**

---

**On Appeal from the 310th District Court**
**Harris County, Texas**
**Trial Court Case No. 2009-68489**

---

**MEMORANDUM OPINION**

Appellant, Annette Douglas, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing appellant's failure to file brief). After being notified that this appeal was subject to dismissal,

appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Sharp, and Brown.